**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorney for all Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LANDEROS, individually and as successor in interest to DANIEL LANDEROS, Deceased; DEJA LANDEROS, individually and as successor in interest to DANIEL LANDEROS, Deceased; B.M.L., individually and as successor in interest to DANIEL LANDEROS, Deceased, by and through JENNIFER LANDEROS, as Guardian ad Litem; J.J.L., individually and as successor in interest to DANIEL LANDEROS, Deceased, by and through JENNIFER LANDEROS, as Guardian ad Litem; D.F.L., individually and as successor in interest to DANIEL LANDEROS, Deceased, by and through JENNIFER LANDEROS, as Guardian ad Litem; and T.D.L., individually and as successor in interest to DANIEL LANDEROS, Deceased, by and through JENNIFER LANDEROS, as Guardian ad Litem, | **Case No. 2:17-cv-02598-KJM-CKD**<br><br>**ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM** |
| Plaintiffs, | |
| vs. | |
| SAMUEL SCHAFER; STEVEN HOLSTAD; DANIEL COLEMAN; JUSTIN PARKER; PATRICK SCOTT; JEREMY BANKS; and CITY OF ELK GROVE, | |
| Defendants. | |
| _____/ | |

///

///

1       The Court, having considered the petition of B.M.L., T.D.L., D.F.L., and J.J.L. for appointment of a Guardian ad Litem in the above action, and good cause appearing, hereby orders that Jennifer Landeros be appointed Guardian ad Litem for B.M.L., T.D.L., D.F.L., and J.J.L.

DATED: January 23, 2017.

_____
UNITED STATES DISTRICT JUDGE