# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LANDEROS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMUEL SCHAFER; et al.,<br><br>Defendants. | Case No. 2:17-cv-02598-WBS-CKD<br><br>*Honorable William B. Shubb*<br><br>**ORDER RE: STIPULATION TO DISMISS CLAIMS AND DEFENDANT DANIEL COLEMAN WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)** |

# ORDER

The Court, having considered the parties' Stipulation to Dismiss Claims and Defendant Daniel Coleman with Prejudice Pursuant to FRCP 41(a)(1), and GOOD CAUSE appearing therefrom, hereby orders as follows:

1. Plaintiffs' Second Claim for Relief—Bane Act (California Civil Code Section 52.1, et seq.); Fifth Claim for Relief—Municipal Liability – Ratification (42 U.S.C. § 1983); and Seventh Claim for Relief—Substantive Due Process – Loss of Family Relationships (42 U.S.C. § 1983) are hereby dismissed with prejudice.

2. Defendant Daniel Coleman is hereby dismissed from this action with prejudice.

3. Plaintiffs' claim for punitive damages is hereby dismissed.

4. The following claims remain to be tried in this action: (1) First Claim for Relief—Unreasonable Seizure/Excessive Force (42 U.S.C. 1983); (2) Third Claim for Relief—Negligence/Wrongful death (California State Common Law); (3) Fourth Claim for Relief—Battery/Wrongful Death (California State Common Law); and (4) Sixth Claim for Relief—Municipal Liability – Failure to Train and/or Supervise (42 U.S.C. § 1983).

5. Each party shall bear their own fees and costs associated with the aforementioned dismissed claims and damages and the dismissed above-named defendant.

**IT IS SO ORDERED.**

Dated: July 14, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE