Bruce D. Praet SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 telephone
(714) 953-1143 facsimile
Bpraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LANDEROS, et al,<br><br>Plaintiffs,<br><br>v.<br><br>SAMUEL SCHAFER, et al.,<br><br>Defendants.<br><br>Defendants. | Case No. 2:17-cv-02598-WBS-CKD<br><br>**DEFENDANTS' EXHIBIT LIST**<br><br>**TRIAL: July 26, 2022**<br>**TIME: 9:00 a.m.**<br>**CTRM: 5** |

Defendants submit for trial the attached Exhibit List.

Dated: July 18, 2022

FERGUSON, PRAET & SHERMAN
A Professional Corporation

/s/ Bruce D. Praet
Bruce D. Praet
Attorneys for Defendants

**Jennifer Landeros, et al. v. Samuel Schafer, et al.**
**Case No. 2:17-cv-02598 KJM-CKD**

## Defendants' Exhibit List

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| 101. | Dashboard Camera, Initial Contact with Audio - Officer Holstad | | |
| 102. | Body Worn Camera Video, Officer Scott | | |
| 103. | Body Worn Camera Video, Officer Philipinsixiengmay | | |
| 104. | Body Worn Camera Video, Officer Schafer | | |
| 105. | Body Worn Camera Video, Officer Holstad | | |
| 106. | Dashboard Camera, Daniel Coleman | | |
| 107. | 16-7679, Radio, 1st Hour | | |
| 108. | 16-7679, Jennifer Landeros Interview of December 1, 2016 | | |
| 109. | Elk Grove Police Department 16-7679, 911 Calls (3) | | |
| 110. | Coroner's Report, Daniel Landeros | | |
| 111. | Autopsy Report, Daniel Landeros | | |
| 112. | Toxicology Reports, Daniel Landeros | | |
| 113. | Photo DSC_5221, Plaintiff Front Vehicle | | |
| 114. | Photo DSC_5222, Plaintiff Front Windshield | | |
| 115. | Photo DSC_5241, 4 Vehicles, Eastbound | | |
| 116. | Photo DSC_5299, Victim, Toyota, Side | | |
| 117. | Photo DSC_5285, 4 Vehicles, Westbound | | |
| 118. | Photo DSC_ 5462, Victim, Toyota, Front | | |
| 119. | Photo DSC_5757, Interior Windshield | | |
| 120. | Photo DSC_5827, Pickup Headliner | | |
| 121. | Daniel Landeros Pawn History (003820) | | |
| 122. | Daniel Landeros Criminal History | | |
| 123. | Bankruptcy Filing | | |
| 124. | Use of Force Analysis by Tamara, 2016 Use of Force | | |
| | | | |