UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

AUG 03 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

**RECEIPT FOR EXHIBITS**

CASE #: 2:17-CV-02598-WBS

CASE TITLE: JENNIFER LANDEROS, et al. vs SAMUEL SCHAFER, et al.

EXHIBITS RETURNED: All exhibits identified and admitted during trial (upon return of a Verdict by the jury or issuance of Findings by the Court).

**ACKNOWLEDGED BY PLAINTIFFS:** Stewart Katz
(Print Name)

SIGNATURE: [signature]

DATE: 8-3-2022

**ACKNOWLEDGED BY DEFENDANTS:** BRUCE PRAET
(Print Name)

SIGNATURE: [signature]

DATE: 8/3/22

[signature]
COURTROOM DEPUTY CLERK – Gabriel Michel

DATE: 8/3/2022

*****PLEASE RETURN THIS RECEIPT TO THE OFFICE OF THE CLERK*****

**NOTE:** If exhibits are subsequently required for an appeal, review or new trial, it shall be the specific responsibility of the recipient to maintain the exhibits for that purpose.