UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JENNIFER LANDEROS, individually
and as successor in interest to
DANIEL LANDEROS, Deceased; DEJA
LANDEROS, individually and as
successor in interest to DANIEL
LANDEROS, Deceased; B.M.L.,
individually and as successor in
interest to DANIEL LANDEROS,
Deceased, by and through
JENNIFER LANDEROS, as Guardian
ad Litem; J.J.L., individually
and as successor in interest to
DANIEL LANDEROS, Deceased, by
and through JENNIFER LANDEROS,
as Guardian ad Litem; D.F.L.,
individually and as successor in
interest to DANIEL LANDEROS,
Deceased, by and through
JENNIFER LANDEROS, as Guardian
ad Litem; and T.D.L.,
individually and as successor in
interest to DANIEL LANDEROS,
Deceased, by and through
JENNIFER LANDEROS, as Guardian
ad Litem,

                    Plaintiffs,

        v.

SAMUEL SCHAFER; STEVEN HOLSTAD;
JUSTIN PARKER; PATRICK SCOTT;
JEREMY BANKS; and CITY OF ELK

No. 2:17-cv-02598 WBS CKD

ORDER

1

1  GROVE,

2              Defendants.

3

4                        ----oo0oo----

5              Defendants have filed a bill of costs, and plaintiffs

6  have filed objections.  (Docket Nos. 116, 118.)[1]  Because counsel

7  for plaintiffs advises he intends to file a post-trial motion,

8  the court will defer resolution of the bill of costs and

9  objections until after any post-trial motions have been resolved.

10             IT IS SO ORDERED.

11 Dated:  August 16, 2022

   WILLIAM B. SHUBB
12 UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  _____

      [1]   Defendants have also filed a reply withdrawing their
28 request for certain costs.  (Docket No. 119.)

                                2