UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JENNIFER LANDEROS, individually and as successor in interest to DANIEL LANDEROS, Deceased; DEJA LANDEROS, individually and as successor in interest to DANIEL LANDEROS, Deceased; B.M.L., individually and as successor in interest to DANIEL LANDEROS, Deceased, by and through JENNIFER LANDEROS, as Guardian ad Litem; J.J.L., individually and as successor in interest to DANIEL LANDEROS, Deceased, by and through JENNIFER LANDEROS, as Guardian ad Litem; D.F.L., individually and as successor in interest to DANIEL LANDEROS, Deceased, by and through JENNIFER LANDEROS, as Guardian ad Litem; and T.D.L., individually and as successor in interest to DANIEL LANDEROS, Deceased, by and through JENNIFER LANDEROS, as Guardian ad Litem, | No. 2:17-cv-02598 WBS CKD  ORDER |
| Plaintiffs, | |
| v. | |
| SAMUEL SCHAFER; STEVEN HOLSTAD; JUSTIN PARKER; PATRICK SCOTT; JEREMY BANKS; and CITY OF ELK | |

1

| | |
|---|---|
| 1 | GROVE, |
| 2 | Defendants. |

----oo0oo----

At the request of counsel for plaintiff, at the October 31, 2022 hearing on plaintiffs' motion for new trial, the parties may call any witnesses and present any evidence they wish to present. The court does not understand that it is necessary for it to authorize the issuance of subpoenas for specific witnesses. Accordingly, plaintiff's request for an "Order Granting Plaintiffs' Request to Issue Subpoena to Dr. Jason Tovar" is denied as moot. Likewise, if defendants' attorney really wishes to call plaintiff's attorney to testify regarding his prior knowledge of Dr. Tovar's fees and other representations made in his declaration, nothing in this Order prevents him from doing so.

IT IS SO ORDERED.

Dated: October 19, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2