UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**RECEIPT FOR EXHIBITS**

FILED

NOV - 1 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

CASE #: 2:17-CV-02598-WBS

CASE TITLE: JENNIFER LANDEROS, et al vs SAMUEL SCHAFER, et al.

EXHIBITS RETURNED: All exhibits identified and admitted during evidentiary hearing (upon return of a Verdict by the jury or issuance of Findings by the Court).

---

**ACKNOWLEDGED BY PLAINTIFFS:** Stewart Katz
(Print Name)

SIGNATURE: [signature]

DATE: 10-31-22

**ACKNOWLEDGED BY DEFENDANTS:** BRUCE PRAET
(Print Name)

SIGNATURE: [signature]

DATE: 11/1/22

---

Elizabeth Argento
COURTROOM DEPUTY CLERK – Elizabeth Argento

DATE: 10/31/2022

*****PLEASE RETURN THIS RECEIPT TO THE OFFICE OF THE CLERK*****

**NOTE:** If exhibits are subsequently required for an appeal, review or new trial, it shall be the specific responsibility of the recipient to maintain the exhibits for that purpose.