UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**JENNIFER LANDEROS, ET AL.,**
    Plaintiff

  v.                                               **CASE NO. 2:17−CV−02598−WBS−CKD**

**SAMUEL SCHAFER, ET AL.,**
    Defendant

   You are hereby notified that a Notice of Appeal was filed on **December 02, 2022** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

December 5, 2022

                       **KEITH HOLLAND**
                       **CLERK OF COURT**

               **by:** /s/ H. Kaminski
                       Deputy Clerk