UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LANDEROS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SAMUEL SCHAFER, et al.,<br><br>    Defendants. | Case No. 2:17-cv-02598-WBS-CKD<br><br>**DECLARATION OF STEWART KATZ IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS** |

I, Stewart Katz, declare as follows:

1. I am an attorney at law duly licensed to practice in all courts of the State of California and in the United States District Court, Eastern District of California.

2. I am one of the attorneys for Plaintiffs in this action.

3. Attached hereto as Exhibit 1, Tovar Fee Agreement, is a true and correct copy of the document dated September 2, 2020, which Dr. Jason Tovar produced pursuant to a subpoena at the New Trial Motion hearing on October 31, 2022. This document was marked and admitted as Exhibit 1 at the New Trial Motion Hearing.

4. Attached hereto as Exhibit 2, New Trial Motion Transcript, is a true and correct copy of the relevant pages of the transcript of the New Trial Motion hearing held on October 31, 2022.

5. Attached hereto as Exhibit 3, 9-1 to 9-2 email chain, is a true and correct copy of a two pages printout containing five emails, dated September 1 and 2, 2020, and produced by Dr. Jason Tovar pursuant to a subpoena at the New Trial Motion hearing on October 31, 2022. At the hearing these were marked as separate exhibits although not admitted. They bear the exhibit tags affixed at the October 31, 2022 hearing.

      6.      Attached hereto as Exhibit 4, trial materials email, is a true and correct copy of a printout of an email dated June 29, 2022, produced by Dr. Jason Tovar pursuant to a subpoena at the New Trial Motion hearing on October 31, 2022. This was marked as an at the New Trial Motion hearing although not admitted. The attached exhibit bears the exhibit tags affixed at the October 31, 2022 hearing.

      7.      On July 2, 2024, I did a query for Bruce Praet, attorney, through the four California District Courts Pacer portals. He was identified as the attorney in 257 cases (eastern district-114, northern district-14, central district-127, southern district-2)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Carmichael, California on July 2, 2024.

*/s/ Stewart Katz*
Stewart Katz

*Attorney for Plaintiffs*