# Exhibit 1

## FEE AGREEMENT

To: Bruce D. Praet
    Ferguson, Praet & Sherman, APC
    1631 E. 18th Street
    Santa Ana, California 92705

Re: Daniel Landeros case

I understand that Jason P. Tovar, M.D. charges for time spent in both preparation for and participating in expert consultation and/or legal proceedings involving criminal/civil cases. This includes all activities relating to the legal actions such as interview (in person or via long-distance communications), depositions, court proceedings, and time spent preparing for the above.

I further understand that cancellation or postponement of deposition or court testimony without sufficient prior notice may still incur charges if Dr. Tovar has spent time preparing for the above, and if travel or other related expenses have already been paid by Dr. Tovar in anticipation of such proceedings. The charges for these services are as follows:

$400.00 per hour or portion thereof; ($4,000 per day*, plus standard travel expenses ** as incurred).

\*   Includes waiting time and time spent in travel, when incurred, as a result of consultation and/or preparation for, or actual participation in court proceedings.

\*\*  Includes standard airfare, rental or personal car expenses and lodging when necessary.


Signature: _____  Date: 9/2/20

Please make all checks payable to: Jason Paul Tovar and EIN# 47-1981897

Please provide copies of 1099 forms for all fees for IRS income reporting.



PLAINTIFF'S EXHIBIT
CASE NO. 17cv2598
EXHIBIT NO. 1

