# Exhibit 3

**From:** Jason Tovar, MD forensic_pedpath@icloud.com
**Subject:** Re: Landeros v. Elk Grove
**Date:** September 2, 2020 at 11:21
**To:** Bruce D. Praet bpraet@aol.com

Thank you.

Jason

Jason P. Tovar, MD
Forensic/Pediatric Pathologist
619-249-5389

> On Sep 2, 2020, at 09:38, Bruce D. Praet <bpraet@aol.com> wrote:
>
> Thanks, here you go. I'll keep you posted as we get closer to knowing a real trial date.
>
> Bruce D. Praet
> Ferguson, Praet & Sherman, APC
> 1631 E. 18th Street
> Santa Ana, California 92705
> (714) 953-5300 - Fax: (714) 953-1143
>
> I DO NOT ACCEPT SERVICE OR EX-PARTE NOTICE BY EMAIL OR VOICEMAIL. THIS MESSAGE IS CONFIDENTIAL. This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. You may not print, distribute, or copy this message or any attachments. If you have received this electronic message in error, please notify the sender by return e-mail and delete the electronic message and any attachments.
>
> -----Original Message-----
> From: Jason Tovar, MD <forensic_pedpath@icloud.com>
> To: Bruce D. Praet <bpraet@aol.com>
> Sent: Tue, Sep 1, 2020 5:55 pm
> Subject: Re: Landeros v. Elk Grove
>
> Hi Bruce,
>
> It was a pleasure to talk to you today about this case. Please find attached my Fee agreement and CV. Please sign and return to me, email is fine.
>
> Thank you,
>
> Jason
>
> Jason P. Tovar, MD
> Forensic/Pediatric Pathologist
> 619-249-5389
>
>> On Sep 1, 2020, at 10:27, Bruce D. Praet <bpraet@aol.com> wrote:
>>
>> Dr. Tovar -



PLAINTIFF'S EXHIBIT
CASE NO. 17CV2598
EXHIBIT NO. 9



Thank you so much for taking the time to discuss this case. I'll keep you posted on the prospects of an actual trial as we get closer to November 2, 2020, and we'll arrange to get you any supportive materials you may need. In the meantime, please send me whatever you need to ensure your appearance at trial.

Bruce D. Praet
Ferguson, Praet & Sherman, APC
1631 E. 18th Street
Santa Ana, California 92705
(714) 953-5300 - Fax: (714) 953-1143

I DO NOT ACCEPT SERVICE OR EX-PARTE NOTICE BY EMAIL OR VOICEMAIL. THIS MESSAGE IS CONFIDENTIAL. This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. You may not print, distribute, or copy this message or any attachments. If you have received this electronic message in error, please notify the sender by return e-mail and delete the electronic message and any attachments.

<DR TOVAR FEE AGRMT.pdf>



PLAINTIFF'S EXHIBIT
CASE NO. 17cv2598
EXHIBIT NO. 3

3