# Exhibit 4

**From:** Jason Tovar, MD forensic_pedpath@icloud.com
**Subject:** Re: Landeros v. City of Elk Grove
**Date:** June 29, 2022 at 22:31
**To:** Cathy Sherman csherman@law4cops.com
**Cc:** bpraet@aol.com

Thank you.

Jason

Jason P. Tovar, MD
Forensic/Pediatric Pathologist
619-249-5389

> On Jun 29, 2022, at 13:02, Cathy Sherman <csherman@law4cops.com> wrote:
>
> Good afternoon, Dr. Tovar. I've uploaded the material discussed with Bruce to the link below. Please let me know if you have any problems downloading the material.
>
> https://jferguson-my.sharepoint.com/:f:/g/personal/csherman_law4cops_com/Eu_IKG6XcrNLgymL_dBdsoYB5k1L7mTud6xz0rh4vNVn0A?e=DbZHw5
>
>
> Cathy Sherman, Executive Assistant
> FERGUSON, PRAET & SHERMAN
> 1631 E. 18th St.
> Santa Ana, CA 92705
> 714.953.5300 telephone
> 714.953.1143 facsimile
> csherman@law4cops.com



PLAINTIFF'S EXHIBIT
CASE NO. 17CV2598
EXHIBIT NO. 5

5