**EXHIBIT "1"**



**The State Bar** *of California*

OFFICE OF CHIEF TRIAL COUNSEL

180 Howard Street, San Francisco, CA 94105     415-538-2190     bryan.joelson@calbar.ca.gov

June 11, 2024

**PERSONAL AND CONFIDENTIAL**
**DELIVERED VIA MY STATE BAR PROFILE**

Bruce D. Praet
Ferguson Praet & Sherman
1631 E. 18th Street
Santa Ana, CA 92705

Re:   Case Number:      24-O-15835
      Complainant:      Stewart L. Katz

Dear Bruce D. Praet:

This letter is sent to you based upon information that you are not currently represented by counsel in this matter. If this is incorrect, please advise me within **five** days so that future communications may be directed to your counsel.

The State Bar has completed the investigation of the allegations of professional misconduct reported by Stewart L. Katz and determined that this matter does not warrant further action. Therefore, the matter is closed.

The decision to close this matter is without prejudice to further proceedings as appropriate pursuant to rule 2603 of the Rules of Procedure of the State Bar of California.

Thank you for your cooperation in this matter.

Sincerely,

Bryan Joelson
Investigator