**EXHIBIT "4"**

## Plaintiff's Trial Costs
Sullivan, Deanna vs. City of Buena Park

| Date | Name | Memo | Amount |
|---|---|---|---|
| 07/24/2023 | LIT/Litigation Srvcs & Technologies CA | Depo of Jeff Noble | 472.10 |
| 07/27/2023 | Network Deposition Service | Depo & Video of Robert Handy | 2,707.22 |
| 08/09/2023 | Stenogal Reporting | Depo of John C Gardiner, PhD | 890.41 |
| | | **Total Deposition Costs** | **19,486.33** |

### Deposition Testimony Fees

| Date | Name | Memo | Amount |
|---|---|---|---|
| 11/15/2021 | Cutting Edge Training | Defense Expert Depo Fee | 1,132.00 |
| 07/11/2023 | Robert Handy/TriChief Consulting | Defense expert depo fee 2.5hrs | 812.50 |
| | | **Total Deposition Testimony Fees** | **1,944.50** |

### Other Evidence

| Date | Name | Memo | Amount |
|---|---|---|---|
| 10/08/2020 | MotionLit Services, Inc. | Video Enhancement Tech | 2,000.00 |
| 01/11/2022 | MotionLit Services, Inc. | Body Cam Footage Video Enhancements | 3,125.00 |
| | | **Total Other Evidence** | **5,125.00** |

### Expert Fees

| Date | Name | Memo | Amount |
|---|---|---|---|
| 10/12/2021 | Robert W. Johnson & Associates | Expert | 4,000.00 |
| 11/13/2021 | On-Scene Consulting Group, LLC | Expert | 3,187.50 |
| 11/05/2021 | Robert W. Johnson & Associates | Expert | 1,497.50 |
| 12/14/2021 | Robert W. Johnson & Associates | Expert | 1,497.50 |
| 04/27/2022 | On-Scene Consulting Group, LLC | Expert | 15,856.25 |
| 05/06/2022 | Juguilon Medical Corporation | Expert Dr. Davenport | 500.00 |
| 05/07/2022 | Juguilon Medical Corporation | Expert Dr. Davenport | 500.00 |
| 07/18/2023 | Noble Consulting & Expert Witness Svs | Expert | 8,000.00 |
| 08/03/2023 | MEA Forensic Engineers & Scientists | Expert | 27,754.00 |
| 04/22/2024 | MEA Forensic Engineers & Scientists | Expert | 10,368.02 |
| 04/23/2024 | Imaging Forensics, Inc. | Expert | 4,275.00 |
| 04/24/2024 | Noble Consulting & Expert Witness Svc | Expert | 4,600.00 |
| 04/24/2024 | Noble Consulting & Expert Witness Svc | Expert trial testimony 4/18/24 | 2,500.00 |
| 04/24/2024 | Noble Consulting & Expert Witness Svc | Expert trial testimony 4/22/24 | 2,500.00 |
| 05/02/2024 | Juguilon Medical Corporation | Expert Dr. Davenport | 750.00 |
| | | **Total Expert Fees** | **87,785.77** |

### Filing Fees

| Date | Name | Memo | Amount |
|---|---|---|---|
| 08/26/2020 | Orange County Superior Court | Initial Filing Fee | 435.00 |
| 06/28/2022 | One Legal | File Association of Attorney | 15.19 |
| 06/30/2022 | On Call Legal | File Declaration | 28.32 |
| 07/05/2022 | On Call Legal | File Declaration | 15.99 |
| 07/06/2022 | On Call Legal | File Peremptory Challenge Order | 102.48 |
| 07/14/2022 | On Call Legal | File Notice of Assignment & CMC | 42.72 |
| 08/15/2022 | On Call Legal | File Notice of Posting of Jury Fees | 28.56 |
| 08/19/2022 | On Call Legal | File CMC Statement | 28.80 |
| 09/15/2022 | On Call Legal | File Posting Jury Fees | 193.58 |
| 09/28/2022 | Cal West Attorney Service | Filing Notice of Ruling | 12.20 |
| 06/30/2023 | Cal West Attorney Service | Filing of Mandatory Settlement, Conference Statement (rejected) | 12.20 |
| 06/30/2023 | Cal West Attorney Service | Filing of Mandatory Settlement, Conference Statement | 12.20 |
| 07/28/2023 | Rapid Legal | Filing of Exhibit List, Joint Statement, Witness List, Jury Instructions | 14.68 |
| 08/02/2023 | Rapid Legal | Filing of Exhibit List | 14.68 |
| 10/06/2023 | Cal West Attorney Service | Filing Case Mmgt Stmt | 12.20 |