**EXHIBIT "5"**

From: bpraet@aol.com
To: Stewart Katz, katzlawsac@live.com
Dale K. Galipo

Mon, Jul 8 at 3:24 PM

Stewart -

I must admit that I was surprised and disappointed that you would file a formal complaint against me with the State Bar, but I was not surprised that the State Bar quickly closed the matter for lack of merit.

However, when you filed your most recent motion for Rule 11 sanctions based on the same meritless accusation, I am forced to seriously question your motivation.  While we will certainly file our opposition to this latest motion, we are left with no alternative conclusion than to view it as frivolous and for no other purpose than to harass.  I have not currently asked the Court to impose sanctions and I instead offer you the courtesy of the 21 day "safe harbor" option under Rule 11 to withdraw your current motion before we consider seeking any sanctions against you.

Although we may not agree with the Ninth Circuit's grant of a new trial, we must respect it and we would hope that you would be satisfied with that result without embarking on a personal vendetta against me.  These ongoing actions on your part will only serve to hinder any chance of informally resolving this matter at the upcoming MSC and if you personally intend to act as lead trial counsel in the event of a new trial, your actions only serve to reinforce the City's resolve to obtain a second defense verdict.

While I had always believed that we had maintained a cordial and professional relationship over the decades, I sincerely hope that you will abandon this personal attack which will only serve to the detriment of the Landeros family.  Thank you in advance for your anticipated reconsideration and cooperation.

Bruce D. Praet
Ferguson, Praet & Sherman, APC
1631 E. 18th Street
Santa Ana, California 92705
(714) 953-5300 - Fax: (714) 953-1143

I DO NOT ACCEPT SERVICE OR EX-PARTE NOTICE BY EMAIL OR VOICEMAIL.  THIS MESSAGE IS CONFIDENTIAL.  This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. You may not print, distribute, or copy this message or any attachments.  If you have received this electronic message in error, please notify the sender by return e-mail and delete the electronic message and any attachments.