**EXHIBIT "6"**

From: stewartkatzlaw@gmail.com
To: Bruce Praet
Cc: Dale Galipo, Hang Le

Fri, Jul 12 at 11:22 AM

    Dear Bruce:

    This email is in response to your July 8, 2024, email regarding Landeros v. Schafer.

1.    I have no intention of withdrawing the motion for sanctions. Based on the facts of the case and the applicable law the motion for sanctions is meritorious. If you were to provide me with evidence or legal authority to the contrary, I would of course reexamine my position.

2.    Dale Galipo is and will continue to be lead counsel and lead trial counsel.

    Stewart Katz

CONFIDENTIALITY NOTICE:
This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by other than the Law Office of Stewart Katz or the intended recipient is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.