```
LAW OFFICE OF STEWART KATZ
STEWART KATZ, SBN 127425
Post Office Box 19610
Sacramento, California 95819
Telephone: (916) 444-5678
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LANDEROS, et al., | Case No. 2:17-cv-02598-WBS-CKD |
| Plaintiffs, | |
| v. | **DECLARATION OF STEWART KATZ IN SUPPORT ID REPLY TO OPPOSITION TO PLAINTIFFS MOTION FOR SANCTIONS** |
| SAMUEL SCHAFER, et al., | |
| Defendants. | Date: September 3, 2024<br>Time: 1:30 p.m.<br>Courtroom: 5 (14th Floor)<br>Judge: Hon. William B. Shubb |

I, Stewart Katz, declare as follows:

1. I am an attorney at law duly licensed to practice in all courts of the State of California and in the United States District Court, Eastern District of California.

2. I am one of the attorneys for Plaintiffs in this action.

3. Attached hereto as Exhibit 1, Fresno County Check, is a true and correct copy of the check from attorney Dale Galipo to the Fresno County-Sheriff-Coroner's office in the amount of $1,835.00 as reimbursement/payment for the deposition testimony of Dr. Gopal in the case, Cassillas v. City of Fresno, EDC 1:16-cv-01042. This check, photocopied on top of Dr. Gopal's deposition subpoena was filed with the Bill of Costs, ECF 100-1, 22.

4. Attached hereto as Exhibit 2, Davenport Deposition, is a true and correct copy of the relevant pages of the transcript of Dr. Etoi Davenport's deposition in Sullivan v, City of Buena Park, 8:20-cv-1732 which took place on September 16, 2021. Dr. Davenport's testimony, DT 8:12-18, indicates that she was not a pathologist employed by Orange County but rather with Juguilon Medical Group, the entity which contracted s with Orange County to perform the autopsy in the Sullivan case.

5. Attached hereto as Exhibit 3, Sullivan Bill of Costs, is a true and correct copy of the Bill of Costs, filed with the Orange County Superior Court in Sullivan v. City of Buena Park, 30- 2020-01156902. This exhibit consists of California Judicial Council Form MC-010 Memorandum of Costs Summary and California Judicial Council Form MC-011 Memorandum of Costs (worksheet). The names Dr. Davenport and Juguilon Medical Corporation, are highlighted where they appear in the documents in reference to either giving testimony or payments. It appears that Juguilon Medical Corporation received a check in the amount of 500.00 dated September 13, 2021 with reference to Dr. Davenport's deposition. It also appears that Juguilon Medical Corporation received two checks (totaling $725.00) dated May 6, 2022 and referencing professional fees. There are no payments listed in the Bill of Costs made out to Dr. Davenport personally. Dr. Davenport is listed as being a witness with a daily fee of $750.00, however it appears that payments were made to Juguilon Medical Corporation and not Dr. Davenport.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Carmichael, California on July 29, 2024.

*/s/ Stewart Katz*
Stewart Katz

*Attorney for Plaintiffs*

1
I.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28