# Exhibit 1

# Sanctions Reply Brief

# Fresno County Check

Case 2:17-cv-02598-WBS-CKD   Document 162-2   Filed 07/29/24   Page 2 of 2
Case 1:16-cv-01042-AWI-SAB   Document 100-1   Filed 03/22/19   Page 2 of 34

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| ESTATE OF CASIMERO CASILLAS, et al. | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:16-cv-01042-AWI-SAB |
| CITY OF FRESNO, et al. | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:       VENU C. GOPAL, M.D.

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

*Fresno County Sheriff-Coroner Case No. 15-09.052, Casimero Carlos Casillas*

| Place: Fresno County Sheriff-Coroner's Office<br>3333 E. American Ave., Suite G<br>Fresno, CA 93725 | Date and Time:<br>07/05/2018 - 10:00 am |
|---|---|

The deposition will be recorded by this method:   Stenographically

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: 1) Any and all correspondence [...] deponent in [...]

[Image of check from DALE K. GALIPO, INC., 21800 BURBANK BLVD SUITE 310, WOODLAND HILLS, CA 91367; dated 6/21/2018; pay to order of Fresno County Sheriff-Coroner's Office; amount $1,835.00; one thousand eight hundred thirty-five and 00/100 DOLLARS; City National Bank; FOR Casillas v. City of Fresno; check no. 6021]

...issues or requests this subpoena, are:
...Burbank Blvd., Ste. 310, Woodland Hills, CA 91367
...mail: evalenzuela@galipolaw.com; cc: amonguia@galipolaw.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).