# Exhibit 2

# Sanctions Reply Brief

# Davenport Deposition

```
 1                    UNITED STATES DISTRICT COURT
 2                   CENTRAL DISTRICT OF CALIFORNIA
 3
 4       _____
         DEANNA SULLIVAN,               )
 5                                      )
                      Plaintiffs,       )
 6                                      )
                vs                      ) No. 8:20-cv-01732CJCADS
 7                                      )
         CITY OF BUENA, et al.,         )
 8                                      )
                      Defendants.       )
 9       _____)
10
11
12
13
14         VIRTUAL ZOOM DEPOSITION OF ETOI M. DAVENPORT, M.D.
15                         Irvine, California
16                    Thursday, September 16, 2021
17                              Volume I
18
19
20
21
22    Reported by:
      LYNN GEARHART, RPR
23    CSR No. 9466
24    JOB No. 4805540
25    PAGES 1 - 62

                                                           Page 1
```

```
 1                    UNITED STATES DISTRICT COURT
 2                   CENTRAL DISTRICT OF CALIFORNIA
 3
 4      _____
        DEANNA SULLIVAN,               )
 5                                     )
                   Plaintiffs,         )
 6                                     )
              vs                       ) No. 8:20-cv-01732CJCADS
 7                                     )
        CITY OF BUENA, et al.,         )
 8                                     )
                   Defendants.         )
 9      _____)
10
11
12
13
14          Virtual Zoom Deposition of ETOI M. DAVENPORT,
15     M.D., Volume I, taken on behalf of Plaintiff, in Irvine,
16     California, beginning at 12:30 p.m. and ending at 1:36
17     p.m. on Thursday, September 16, 2021, before LYNN
18     GEARHART, Certified Shorthand Reporter No. 9466.
19
20
21
22
23
24
25
                                                          Page 2
```

```
 1      APPEARANCES:
 2
 3      For Plaintiffs:
 4          GUIZAR, HENDERSON & CARRAZCO, LLP
 5          BY:  KENT M. HENDERSON
 6          Attorney at Law
 7          3500 West Beverly Boulevard
 8          Montebello, California 90640
 9          (323) 725-1151
10          kent@carrazcoapc.com
11
12      For Defendants:
13          FERGUSON, PRAET & SHERMAN, APC
14          BY:  BRUCE PRAET
15          Attorney at Law
16          1631 East 18th Street
17          Santa Ana, California 92705
18          (714) 953-5300
19          bpraet@law4cops.com
20
21
22
23
24
25
```

Page 3

```
 1                            INDEX
 2    WITNESS                                      EXAMINATION
 3    ETOI M. DAVENPORT, M.D.
      Volume I
 4
 5                                BY MR. HENDERSON     5, 55
 6                                BY MR. PRAET            51
 7
 8
 9
10                           EXHIBITS
11    EXHIBIT              DESCRIPTION                 PAGES
12    Exhibit 1   Autopsy Report                          12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                       Page 4
```

1          Irvine, California, Thursday, September 16, 2021
2                               12:30 p.m.
3
4                       ETOI M. DAVENPORT, M.D.,
5     having been first administered an oath, was examined and
6     testified as follows:
7
8                              EXAMINATION
9     BY MR. HENDERSON:
10       Q   Hello and good afternoon, Dr. Davenport.  My name
11    is Kent Henderson.  We're taking this deposition in a
12    case regarding the death of a young man named Sullivan.
13    I'm just going to ask you some questions about a report
14    you prepared.
15            Can you please state and spell your name for the
16    record.
17       A   Good afternoon.  My name is Etoi, which is
18    E-t-o-i, Davenport, D-a-v-e-n-p-o-r-t.
19       Q   Okay.  And, Dr. Davenport, I actually -- I've
20    taken your deposition before, maybe even several times,
21    but before we start, there's a -- what is it? -- Rule 31
22    Federal Court read-on.
23            Mr. Praet, can we dispense with that?  Can we
24    stipulate to waive the Rule 31 read-on?
25            MR. PRAET:  Sure.

Page 5

1  M.D. or medical degree.  I then moved to California and
2  went to the University of California, Irvine Medical
3  Center, where I did my pathology residency.
4      Upon completion of my residency I moved to San
5  Diego for a little over a year, about 15 months, where I
6  did a one-year fellowship in forensic pathology.  Upon
7  completion of the forensic pathology fellowship I stayed
8  on staff for about three months, and then I moved to
9  Phoenix, Arizona.
10     I worked at the Maricopa County Medical
11 Examiner's Office in Arizona for six years before I
12 returned to California.  Since that time I have been
13 working with Juguilon, which is -- I should have got the
14 card out.  I think it's J-u-g-u-i-l-o-n, Medical
15 Corporation.  We're a group of doctors that are
16 contracted by the Orange County Sheriff's Coroner's
17 Office to perform forensic pathology services.  So I've
18 been doing that for -- it will be nine years in October.
19    Q  Okay.  And I guess there's something that's
20 called anatomical clinical pathology.  What's that?
21    A  So anatomical -- anatomic and clinical pathology
22 are mostly just hospital practice pathology.  Anatomic
23 is, in broad terms, surgical pathology where you get
24 mostly surgical specimens, but you also get specimens
25 from doctors, peoples primary care doctors, and you

Page 8

1          I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby certify:
3          That the foregoing proceedings were taken before
4    me at the time and place herein set forth; that any
5    witnesses in the foregoing proceedings, prior to
6    testifying, were placed under oath; that a verbatim
7    record of the proceedings was made by me using machine
8    shorthand which was thereafter transcribed under my
9    direction; that the foregoing transcript is a true
10   record of the testimony given.
11         Further, that if the foregoing pertains to the
12   original transcript of a deposition in a Federal Case,
13   before completion of the proceedings, review of the
14   transcript [X] was [ ] was not requested.
15         I further certify that I am neither financially
16   interested in the action nor a relative or employee of
17   any attorney or any party in this action.
18         IN WITNESS WHEREOF, I have this date subscribed
19   my name.
20
21   Dated: September 26, 2021
22
23   *Lynn Gearhart*
24   LYNN GEARHART, RPR
     CSR No. 9466
25

Page 59