# Exhibit 3

# Sullivan Bill of Costs

# Davenport Deposition

Electronically Filed by Superior Court of California, County of Orange, 06/27/2024 04:58:00 PM.
30-2020-01156902-CU-CR-CJC - ROA # 275 - DAVID H. YAMASAKI, Clerk of the Court By E. efilinguser, Deputy Clerk.
Case 2:17-cv-02598-WBS-CKD   Document 162-4   Filed 07/29/24   Page 2 of 17

MC-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Gary Dordick(SBN:128008); Katrina Eiden (SBN: 321331) | | |
| FIRM NAME: DORDICK LAW CORPORATION | | |
| STREET ADDRESS: 1122 Wilshire Blvd | | |
| CITY: Los Angeles    STATE: CA    ZIP CODE: 90017 | | |
| TELEPHONE NO.: (310) 551-0949    FAX NO.: (424) 261-7936 | | |
| E-MAIL ADDRESS: Katrina.Eiden@dordicklaw.com | | |
| ATTORNEY FOR (name): Plaintiff, Deanna Sullivan | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 W. Civic Center Drive
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

PLAINTIFF: Deanna Sullivan
DEFENDANT: City of Buena Park, et. al.

## MEMORANDUM OF COSTS (SUMMARY)

CASE NUMBER: 30-2020-01156902-CU-CR-CJC

**The following costs are requested:** TOTALS

1. Filing and motion fees — $ 1,504.04
2. Jury fees — $ 2,391.76
3. Jury food and lodging — $
4. Deposition costs — $ 27,626.04
5. Service of process — $ 2,547.37
6. Attachment expenses — $
7. Surety bond premiums — $
8. Witness fees — $ 97,421.02
9. Court-ordered transcripts — $
10. Attorney fees *(enter here if contractual or statutory fees are fixed without necessity of a court determination; otherwise a noticed motion is required)* — $
11. Court reporter fees as established by statute — $ 38,546.60
12. Models, enlargements, and photocopies of exhibits — $ 13,518.71
13. Interpreter fees — $
14. Fees for electronic filing or service — $
15. Fees for hosting electronic documents — $
16. Other — $ 38,495.96

**TOTAL COSTS** — $ $222,051.50

I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

Date: Jun 27, 2024

Katrina Eiden, Esq.
(TYPE OR PRINT NAME)                    ▶ (SIGNATURE OF DECLARANT)

(Proof of service on reverse)                                        Page 1 of 2

Form Approved for Optional Use
Judicial Council of California MC-010
[Rev. September 1, 2017]

**MEMORANDUM OF COSTS (SUMMARY)**

Code of Civil Procedure,
§§ 1032, 1033.5

| | MC-010 |
|---|---|
| SHORT TITLE<br>Deanna Sullivan v. City of Buena Park, et. al. | CASE NUMBER:<br>30-2020-01156902-CU-CR-CJC |

**PROOF OF** ☐ **MAILING** ☐ **PERSONAL DELIVERY**

1. At the time of mailing or personal delivery, I was at least 18 years of age and **not a party** to this legal action.
2. My residence or business address is *(specify)*:


3. I mailed or personally delivered a copy of the *Memorandum of Costs (Summary)* as follows *(complete either a or b)*:
   a. ☐ **Mail.** I am a resident of or employed in the county where the mailing occurred.
      (1) I enclosed a copy in an envelope AND
         (a) ☐ **deposited** the sealed envelope with the United States Postal Service with the postage fully prepaid.
         (b) ☐ **placed** the envelope for collection and mailing on the date and at the place shown in items below following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.
      (2) The envelope was addressed and mailed as follows:
         (a) Name of person served:
         (b) Address on envelope:


         (c) Date of mailing: _____
         (d) Place of mailing *(city and state)*:
   b. ☐ **Personal delivery.** I personally delivered a copy as follows:
      (1) Name of person served:
      (2) Address where delivered:


      (3) Date delivered:
      (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF DECLARANT)

MC-011

| SHORT TITLE | CASE NUMBER: |
|---|---|
| Deanna Sullivan v. City of Buena Park, et. al. | 30-2020-01156902-CU-CR-CJC |

## MEMORANDUM OF COSTS (WORKSHEET)

1. **Filing and motion fees**

   | | Paper filed | Filing fee |
   |---|---|---|
   | a. | Summons, Complaint, Civil Cover Sheet | $ 587.01 |
   | b. | Premptory challenge | $ 100.23 |
   | c. | Plaintff's Notice Re Assignment and CMC | $ 42.72 |
   | d. | Premptory challenge | $ 102.48 |
   | e. | Notice of Posting Jury Fees | $ 193.56 |
   | f. | Case Management Statement | $ 28.80 |
   | g. | [X] Information about additional filing and motion fees is contained in Attachment 1g. | |

   TOTAL 1.  $ 1,504.04

2. **Jury fees**

   | | Date | Fee & mileage |
   |---|---|---|
   | a. | Apr 15, 2024 | $ 811.56 |
   | b. | Apr 17, 2024 | $ 562.60 |
   | c. | Apr 18, 2024 | $ 169.60 |
   | d. | Apr 22, 2024 | $ 169.60 |
   | e. | [X] Information about additional jury fees is contained in Attachment 2e. | |

   TOTAL 2.  $ 2,391.76

3. **Juror food:** $ _____ **and lodging:** $ _____    TOTAL 3.  $

4. **Deposition costs**

   | | Name of deponent | Taking | Transcribing | Travel | Videotaping | Subtotals |
   |---|---|---|---|---|---|---|
   | a. | Bobby Colon | $ 321.00 | $ 1,518.00 | $ | $ 620.00 | $ 2,459.00 |
   | b. | Jennifer Tran | $ 428.00 | $ 1,355.10 | $ | $ 620.00 | $ 2,403.10 |
   | c. | Deanna Sullivan | $ | $ 271.25 | $ | $ | $ 271.25 |
   | d. | Clarence Robert Chapman | $ | $ 1,128.10 | $ | $ 670.00 | $ 1,798.10 |
   | e. | [X] Information about additional deposition costs is contained in Attachment 4e. | | | | | |

   TOTAL 4.  $ 27,626.04

(Continued on reverse)                                              Page 1 of 12

Form Approved for Optional Use
Judicial Council of California MC-011
[Rev. September 1, 2017]

**MEMORANDUM OF COSTS (WORKSHEET)**

Code of Civil Procedure,
§§ 1032, 1033.5

MC-011

| SHORT TITLE | CASE NUMBER: |
|---|---|
| Deanna Sullivan v. City of Buena Park, et. al. | 30-2020-01156902-CU-CR-CJC |

5. **Service of process**

| | Name of person served | Public officer | Registered process | Publication | Other (specify) |
|---|---|---|---|---|---|
| a. | City of Buena Park | $ | $ 107.90 | $ | $ |
| b. | Etoi M. Davenport | $ | $ 394.99 | $ | $ |
| c. | OC Sheriff -Corner | $ | $ 200.24 | $ | $ |

d. [x] Information about additional costs for service of process is contained in Attachment 5d.

TOTAL 5. $ 2,547.37

6. Attachment expenses (specify):   6. $

7. Surety bond premiums (itemize bonds and amounts):   7. $

8. a. **Ordinary witness fees**

| | Name of witness | Daily fee | Mileage | Total |
|---|---|---|---|---|
| (1) | Dr. Etoi Davenport | 1 days at 750 $/day | miles at ¢/mile: | $ 750.00 |
| (2) | | days at $/day | miles at ¢/mile: | $ |
| (3) | | days at $/day | miles at ¢/mile: | $ |
| (4) | | days at $/day | miles at ¢/mile: | $ |
| (5) | | days at $/day | miles at ¢/mile: | $ |

(6) [ ] Information about additional ordinary witness fees is contained in Attachment 8a(6).

SUBTOTAL 8a. $ 750.00

(Continued on next page)

MC-011 [Rev. September 1, 2017]   **MEMORANDUM OF COSTS (WORKSHEET)**   Page 2 of 12

| | | MC-011 |
|---|---|---|
| SHORT TITLE: Deanna Sullivan v. City of Buena Park, et. al. | CASE NUMBER: 30-2020-01156902-CU-CR-CJC | |

8. b. **Expert fees** *(per Code of Civil Procedure section 998)*

| | Name of witness | Fee | | |
|---|---|---|---|---|
| (1) | Scott A. Defoe | 67.5 hours at $ 375.00/hr | $ | 2,5312.50 |
| (2) | Scott A. Defoe (Trial) | 8 hours at $ 475.00/hr | $ | 3,800.00 |
| (3) | Scott A. Defoe (Travel) | 1.5 hours at $ 100.00/hr | $ | 150.00 |
| (4) | Robert W. Johnson | 4 hours at $ 748.75/hr | $ | 2,995.00 |

(5) [x] Information about additional expert fees is contained in Attachment 8b(5).

SUBTOTAL 8b. $ $96,671.02

c. **Court-ordered expert fees**

| | Name of witness | Fee | | |
|---|---|---|---|---|
| (1) | _____ | ___ hours at $ ___/hr | $ | |
| (2) | _____ | ___ hours at $ ___/hr | $ | |

(3) [ ] Information about additional court-ordered expert fees is contained in Attachment 8c(3).

SUBTOTAL 8c. $ 

TOTAL (8a, 8b, & 8c) 8. $ 97,421.02

9. **Court-ordered transcripts** *(specify)*:                                    9. $ 

10. **Attorney fees** *(enter here if contractual or statutory fees are fixed without necessity of a court determination; otherwise a noticed motion is required)*:   10. $ 

11. **Models, enlargements, and photocopies of exhibits** *(specify)*:    11. $ 13,518.71
SEE ATTACHMENT 11a.

12. **Court reporter fees** *(as established by statute)*
    a. *(Name of reporter)*: Debbie Hino Spaan    Fees: $ 486.00
    b. *(Name of reporter)*: Sharon Seffens       Fees: $ 486.00    TOTAL 12. $ $38,546.60
    c. [x] Information about additional court-reporter fees is contained in Attachment 12c.

13. **Interpreter fees**
    a. Fees of a certified or registered interpreter for the deposition of a party or witness
       *(Name of interpreter)*: _____ Fees: $ _____
       *(Name of interpreter)*: _____ Fees: $ _____
    b. Fees for a qualified court interpreter authorized by the court for an indigent person represented by a qualified legal services project or a pro bono attorney
       *(Name of interpreter)*: _____ Fees: $ _____
       *(Name of interpreter)*: _____ Fees: $ _____    TOTAL 13. $ 
    c. [ ] Information about additional court-reporter fees is contained in Attachment 13c.

14. **Fees for electronic filing or service of documents through an electronic filing service provider** (enter here if required or ordered by the court):   14. $ 

15. **Fees for hosting electronic documents through an electronic filing service provider** (enter here if required or ordered by the court):   15. $ 

16. **Other** *(specify)*: SEE ATTACHMENT 16.a                                    16. $ 38,495.96

**TOTAL COSTS**                                                                  $ $222,051.50

*(Additional information may be supplied on the reverse)*

MC-025

| SHORT TITLE: Deanna Sullivan v. City of Buena Park, et. al. | CASE NUMBER: 30-2020-01156902-CU-CR-CJC |
|---|---|

**ATTACHMENT** *(Number):* 1g

*(This Attachment may be used with any Judicial Council form.)*

6/30/2022 On-Call Legal Invoice No. 274600..................................................................................$28.32
7/5/2022 On-Call Legal Invoice No. 27573.....................................................................................$15.99
8/30/2022 Sullivan ORANGE COUNTY SUPERIOR COURT File Fee......................................$7.50
9/28/2022 Cal West Attorney Service 6496994 File Notice of Ruling................................................$12.20
6/30/2023 Cal West Attorney Service 7807947 Filing of Mandatory Settlement, Conference Statement...$12.20
6/30/2023 Cal West Attorney Service 7809569 Filing of Mandatory Settlement, Conference Statement...$12.20
7/28/2023 Rapid Legal 7948782  Filing of Exhibit List, Joint Statement, Witness List.............................$14.68
8/2/2023 Rapid Legal 7967827 Filing of Exhibit List........................................................................$14.68
10/6/2023  Cal West Attorney Service 8362964 Filing Case Management Statement.............................$12.20
11/30/2023  Cal West Attorney Service 8993579 Filing notice of ruling................................................$12.57
12/19/2023  Cal West Attorney Service 8769076 Filing MIL, Prop Order (2)........................................$74.37
1/25/2024 Cal West Attorney Service 8967190 Filing MIL #2, Prop Order .........................................$74.37
1/26/2024  Cal West Attorney Service 8978080 Filing Opp to Defendants MIL #1 and #2 ....................$12.57
3/21/2024  Rapid Legal 9315822 Filing of Joint statement.................................................................$15.71
3/22/2024  One Legal, LLC  22518446  Filing Statement of Compliance...........................................$17.71
3/22/2024  One Legal, LLC  22518433  Filing Statement of Compliance ..........................................$17.71
3/27/2024  Rapid Legal  9350475  Filing of Jury instructions, joint statement, exhibit list ....................$15.71
4/4/2024  Rapid Legal  9395831-01  Filing Proposed Jury Questionnaire..........................................$15.71
4/9/2024  Rapid Legal  9423277  Filing Proposed Jury Questionnaire..............................................$15.71
5/15/2024  Rapid Legal  9653763-01  Filing trial brief ...................................................................$15.71
6/5/2024  Rapid Legal  9778597  Filing reply to trial brief...............................................................$15.71

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page __4__ of __12__

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

MC-025

| SHORT TITLE: Deanna Sullivan v. City of Buena Park, et. al. | CASE NUMBER: 30-2020-01156902-CU-CR-CJC |
|---|---|

**ATTACHMENT** *(Number):* 2e

*(This Attachment may be used with any Judicial Council form.)*

April 24, 2024.................................................................................................................................$169.60
April 25, 2024.................................................................................................................................$169.60
April 29, 2024.................................................................................................................................$169.60
May 1, 2024....................................................................................................................................$169.60

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page  5  of  12

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

| | MC-025 |
|---|---|
| SHORT TITLE:<br>Deanna Sullivan v. City of Buena Park, et. al. | CASE NUMBER:<br>30-2020-01156902-CU-CR-CJC |

**ATTACHMENT** *(Number):* 4e

*(This Attachment may be used with any Judicial Council form.)*

9/13/2021 Juguilon Medical Corporation Invoice No.19-03631-BB Depo.of Dr. Etoi Daven Port...........$500.00
9/15/2021 Veritext Invoice No. 5262681 - Cancellation of Reporting Services.......................................$520.00
11/12/2021 Cutting Edge Training Invoice No. 111521 Deposition of George T. Williams .................$1,132.00
11/19/2021 Stenogal Reporting Invoice No. 204295 - Deposition of George Williams .........................$1363.70
12/2/2021 Stenogal Reporting Invoice No.150913 - Deposition of Scott Defoe......................................$660.40
12/28/2021 4Corners Depo. Summaries, Inc. Invoice No.157625 Depo. Summary of G.Williams..........$290.25
1/3/2022 Bolster Legal Services Invoice No.BLS20021-22-380 Depo. Summary of S. Defoe...................$72.00
1/11/2022 MotionLit Services, Inc. Invoice No. 11090 Deposition Video Services...............................$3,125.00
1/12/2022 Stenogal Reporting Invoice No. 150926 - Deposition of Robert W. Johnson..........................$491.60
2/28/2022 Bolster Legal Services Invoice No.BLS2021-22-4 76 Depo. Summary of R. Martinez ............$36.90
4/18/2022 Debbie Hino-Spaan Invoice No. 4TE8474386643001A - Transcript for Pre-Trial Hearing ....$150.06
4/29/2022 Veritext Invoice No. 5750691 Transcript Focus Group.........................................................$2,995.00
4/30/2022 Bolster Legal Services Invoice No.BLS2021-22-586 Depo. Summary of J. Salnez...................$44.10
5/11/2022 Veritext Invoice No. 5286344 - Deposition of Etoi M. Davenport........................................$1,183.10
4/17/2023 Network Depo. Services Invoice No. A23041221 - Depo. & Video of Greg Pelton............$1,508.75
7/11/2023 Invoice No. 12288 Robert HandyrfriChief Consulting Defense expert depo fee .....................$812.50
7/17/2023 Stenogal Reporting Invoice No. 20297- Deposition of George Reis........................................$676.10
7/24/2023 LIT/Litigation Services & Technologies of California - Deposition of Jeff Noble...................$472.10
7/27/2023 Network Depo. Services Invoice No. A23071698 - Deposition of Robert Handy ................$1,521.37
7/27/2023 Network Depo. Services Invoice No. A23071698 - Video of Robert Handy .......................$1,185.85
7/31/2023 Bolster Legal Services  Invoice No.BLS2023-24-254 Depo. Summary of R. Handy.................$79.20
7/31/2023 Bolster Legal Services Invoice No. BLS2023-24-254 Depo. Summary of G. Reis....................$32.40
7/31/2023 Bolster Legal Services Invoice No. BLS2023-24-254 Depo. Summary of G. Pelton.................$21.60
8/9/2023 Stenogal Reporting Invoice No. 20804 - Deposition of John C. Gardiner, PhD........................$890.41
8/31/2023 Bolster Legal Services Invoice No.BLS2023-24-334 Depo. Summary of Officer Tran............$92.70
8/31/2023 Bolster Legal Services Invoice No.BLS2023-24-334 Depo. Summary of Officer Colon...........$92.70
8/31/2023 Bolster Legal Services Invoice No.BLS2023-24-334 Depo. Summary of J. Gardiner...............$50.40
8/31/2023 Bolster Legal Services Invoice No.BLS2023-24-334 Depo. Summary of J. Noble....................$56.70
4/30/2024 Bolster Legal Services Invoice No.BLS2024-25-0050 Depo. Summary of E. Davenport .........$25.20

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page   6   of   12

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

**MC-025**

| SHORT TITLE: Deanna Sullivan v. City of Buena Park, et. al. | CASE NUMBER: 30-2020-01156902-CU-CR-CJC |
|---|---|

**ATTACHMENT** *(Number):* 5d.

*(This Attachment may be used with any Judicial Council form.)*

4/13/2022 On-Call Invoice No. 261385 Subpoena to testify at a deposition Etoi Daven Port...................$200.24
7/27/2023 All City Legal & Messenger Invoice No. 11703 Subpoena on Dr. Etoi Davenport................$430.00
7/27/2023 All City Legal & Messenger Invoice No. 11703 Subpoena on Greg Pelton..........................$350.00
3/31/2024 ASAP Legal Invoice No.00000006995 Process service on Greg Pelton, 3/22/2024..............$452.00
3/31/2024 ASAP Legal Invoice No.00000006995 Process service on Greg Pelton, 3/14/2024..............$412.00

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 7 of 12

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

MC-025

| SHORT TITLE: Deanna Sullivan v. City of Buena Park, et. al. | CASE NUMBER: 30-2020-01156902-CU-CR-CJC |
|---|---|

**ATTACHMENT** *(Number):* 8b(5)

*(This Attachment may be used with any Judicial Council form.)*

10/7/2021 Robert W. Johnson & Associates Invoice no. 38502 Expert Retainer fee..............................$4,000.00
11/13/2021 On-Scene Consulting Group, LLC Invoice No. 2021-02 Expert Document Review..........$6,218.75
5/31/2024 Baker, Burton, Lundy.................................................................................................................$416.50
7/18/2023 Noble Consulting & Expert Witness Service - Exhibits & Depos of Defoe and Will............$1,200.00
7/18/2023 Noble Consulting & Expert Witness Service - Depos of Colon, Davenport, Deanna............$1,400.00
7/18/2023 Noble Consulting & Expert Witness Service - Depos of Tran, Sainez, Johnson, etc.............$1,800.00
7/18/2023 Noble Consulting & Expert Witness Service - Trial Testimony............................................$1,400.00
7/18/2023 Noble Consulting & Expert Witness Service - Handy and Reis Depos................................$1,000.00
7/18/2023 Noble Consulting & Expert Witness Service -  Trial exhibits, conf. call with Attorney........$1,200.00
8/3/2023 MEA Forensic Engineers & Scientists Inc. Expert - data collection, analysis and testing.......$2,732.00
8/3/2023 MEA Forensic Engineers & Scientists Inc. Expert - initial review of case files.........................$620.00
8/3/2023 MEA Forensic Engineers & Scientists Inc. Expert - field work and evidence exam...............$4,083.00
8/3/2023 MEA Forensic Engineers & Scientists Inc. Expert - process data from inspection................$14,175.50
8/3/2023 MEA Forensic Engineers & Scientists Inc. Expert - prepare for deposition............................$4,816.00
8/3/2023 MEA Forensic Engineers & Scientists Inc. Expert - communication.......................................$1,045.00
8/3/2023 MEA Forensic Engineers & Scientists Inc. Expert - mileage for inspection.................................$37.50
8/3/2023 MEA Forensic Engineers & Scientists Inc. Expert - admin/file opening fee..............................$150.00
8/3/2023 MEA Forensic Engineers & Scientists Inc. Expert - test data (collision data, German testing)....$95.00
4/22/2024 MEA Forensic Engineers & Scientists Inc. Expert - Data collection & testing analysis...........$870.00
4/22/2024 MEA Forensic Engineers & Scientists Inc. Expert - Trial Preparation..................................$2,820.00
4/22/2024 MEA Forensic Engineers & Scientists Inc. Expert -  Attend trial.........................................$5,820.00
4/22/2024 MEA Forensic Engineers & Scientists Inc. Expert - Communication client consultation........$480.00
4/22/2024 MEA Forensic Engineers & Scientists Inc. Expert -  Engineering Support..............................$298.00
4/22/2024 MEA Forensic Engineers & Scientists Inc. Expert - Travel Expenses.........................................$80.02
4/23/2024 Imaging Forensics, Inc. Expert - Analyze synchronize video files........................................$1,350.00
4/23/2024 Imaging Forensics, Inc. Expert - Add clock, graphics to video................................................$600.00
4/23/2024 Imaging Forensics, Inc. Expert - Trial Preparation 4/12/2024................................................$900.00
4/23/2024 Imaging Forensics, Inc. Expert- Trial 4/17/2024......................................................................$825.00
4/23/2024 Imaging Forensics, Inc. Expert - Trial 4/18/2024.....................................................................$600.00
4/24/2024 Noble Consulting & Expert Witness Service Expert - Trial Preparation..............................$1,400.00
4/24/2024 Noble Consulting & Expert Witness Service Expert - Conference Call....................................$400.00
4/24/2024 Noble Consulting & Expert Witness Service Expert - Respond to court to testify................$2,200.00
4/24/2024 Noble Consulting & Expert Witness Service Expert - Respond to court to testify...................$600.00
4/24/2024 Noble Consulting & Expert Witness Service Expert - trial testimony 4/18/24......................$2,500.00
4/24/2024 Noble Consulting & Expert Witness Service Expert - trial testimony 4/22/24......................$2,500.00

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 8 of 12

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

MC-025

| SHORT TITLE: Deanna Sullivan v. City of Buena Park, et. al. | CASE NUMBER: 30-2020-01156902-CU-CR-CJC |
|---|---|

**ATTACHMENT** *(Number):* 11a

*(This Attachment may be used with any Judicial Council form.)*

10/20/2020 MotioLit Services, Inc. File No.70.0073.001 Video Services and Motion Graphics...........$2,000.00
4/13/2022 iDiscover LLC Copying/pritning 88343 Blowacks, Single Sided B&W, Vel..........................$851.91
4/18/2022 iDiscover LLC Copying/printing 88391 Trial Document Preparation..................................$4,744.09
4/20/2022 Case Cost Printing Costs .................................................................................................$34.66
9/28/2022 Orange County Superior Court  Doc Download......................................................................$7.50
8/9/2023 Orange County Superior Court Doc purchase - MIL ................................................................$30.56
11/8/2023 Orange County Superior Court Doc purchase - Minute Orders..................................................$15.00
1/29/2024 Orange County Superior CourtS64419   Doc purchase - Minute Order.......................................$7.50
3/19/2024 iDiscover LLC Copying/printing 97105   trial exhibit binders vol 1-3................................$4,236.04
3/31/2024 iDiscover LLC Copying/printing 97408   Exhibits 113-1, 113-2 (6 copies)..........................$1,491.66
4/24/2024 Case Cost Copying/printing - Courtroom supplies................................................................$56.05
4/29/2024 STAPLES Copying/printing - copies of Special Verdicts.......................................................$21.24
5/9/2024 Orange County Superior Court S76918  Doc purchase-Minute Order ...........................................$7.50
6/13/2024 Orange County Superior Court S99697 Doc purchase-minute order............................................$7.50
6/13/2024 Orange County Superior Court S57940 Doc purchase-minute order regarding motion hearing...$7.50
6/13/24 Network Deposition Services - Court Reporter Services for Hearing...........................................$625.00

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page  9  of  12

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

MC-025

| SHORT TITLE: Deanna Sullivan v. City of Buena Park, et. al. | CASE NUMBER: 30-2020-01156902-CU-CR-CJC |
|---|---|

**ATTACHMENT** *(Number):* 12c

*(This Attachment may be used with any Judicial Council form.)*

4/20/2022 Dalies Court Reporter 9135 Debbie Hino Spaan.................................................................$486.00
4/20/2022 Dalies Court Reporter 9136 Sharon Seffens............................................................................$486.00
4/10/2024 Veritext Los Angeles Court reporting 7330473  -Trial 4/10/24............................................$2,490.10
4/23/2024 Veritext Los Angeles Court reporting 7363088 - Trial 4/17/2024 .....................................$2,949.40
4/23/2024 Veritext Los Angeles Court reporting 7363087 - Trial 4/15/2024 .....................................$3,087.65
4/23/2024 Veritext Los Angeles Court reporting 7363086 - Trial 4/11/2024 .....................................$2,665.00
4/24/2024 Veritext Los Angeles Court reporting 7366765- Trial 4/18/2024 ......................................$3,063.95
4/26/2024 Veritext Los Angeles Court reporting 7373522 -Trial  4/17/24 .............................................$355.40
4/30/2024 Veritext Los Angeles Court reporting 7374504 - Trial 4/25/2024........................................$4,247.25
4/30/2024 Veritext Los Angeles Court reporting 7372588- Trial  4/22/24............................................$5,089.95
4/30/2024 Veritext Los Angeles Court reporting 7372765 - Trial  4/24/24..........................................$4,475.45
5/7/2024 Veritext Los Angeles Court reporting 7395308 - Trial  5/1 /24..............................................$2,578.70
5/7/2024 Veritext Los Angeles Court reporting 7395309 - Trial/Brief with Judge 4/26/24....................$2,245.00
5/7/2024 Veritext Los Angeles Court reporting 7395289 - Trial  4/29/24.............................................$2,970.75
5/8/2024 Veritext Los Angeles Court reporting 7374474-Trial 4/24/24....................................................$731.00

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 10 of 12

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

MC-025

| SHORT TITLE: Deanna Sullivan v. City of Buena Park, et. al. | CASE NUMBER: 30-2020-01156902-CU-CR-CJC |
|---|---|

**ATTACHMENT** (Number): 16a

(This Attachment may be used with any Judicial Council form.)

Mail Postage from 01/08/2021 to 06/22/2022..................................................................................$8.10
2/25/2021 4Corners Invoice No. 152613  transcribed audio of Officer Bobby Colon & Jennifer Tran....$803.25
2/26/21 4Corners Invoice No. 152634 Summarized Deposition of Colon and Trans................................$690.15
6/15/2021 Fedex Invoice No.  111365881 Package to Honarable Carney ...........................................$29.06
9/24/2021 On-Call Legal Invoice No. 1123 Cancellation fee for Subpoena to Etoi M. Davenport ............$29.99
10/15/2021 4Corners Invoice No. 156804  Summarized Deposition of Deanna Sullivan..........................$96.75
10/15/2021 4Corners Invoice No. 156840 Summarized Deposition of Etoi M. Davenport......................$122.55
12/3/2021 Kopy Kat Invoice No. 799896 Records from Buena High School..........................................$62.22
12/28/2021 4Corners Invoice No. 157625 Summarized Deposition of George Williams......................$290.25
4/1/2022 Law Enforcement Pro. Enhancement Series Invoice No.113-0654463-665839 Research...........$32.61
4/23/2024 to 4/24/2024 Travel and Lodge-Holiday Inn......................................................................$325.82
4/11/2024 Montebello Attorney Service Invoice No. 26438................................................................$35.93
4/9/2024 to 4/11/2024  Travel and Lodge- Hilton..............................................................................$417.59
6/26/2023 Enterprise Rental Invoice No. 15LS27...............................................................................$363.76
12/21/2021 Document Drop off Reimbursement to Employee............................................................$7.70
4/19/2022 Uber ride.......................................................................................................................$25.77
4/16/2022 8602 Focus Group- Sullivan............................................................................................$130.00
4/16/2022 8603 Focus Group- Sullivan............................................................................................$130.00
4/16/2022 8604 Focus Group- Sullivan............................................................................................$130.00
4/16/2022 8605 Focus Group- Sullivan............................................................................................$130.00
4/16/2022 8606 Focus Group- Sullivan............................................................................................$130.00
4/16/2022 8608 Focus Group- Sullivan............................................................................................$130.00
4/16/2022 8609 Focus Group- Sullivan............................................................................................$130.00
4/16/2022 8610 Focus Group- Sullivan............................................................................................$130.00
5/1/2024 TransUnion search............................................................................................................$865.00
5/6/2022 OC22-07 Juguilon Medical Corporation Professional Fees..................................................$500.00
5/6/2022 OC22-05 Juguilon Medical Corporation Professional Fees..................................................$225.00
4/17/2024 PCA252OC Claire Plotkin Professional services - review openings, mediation.....................$514.50
4/17/2024 PCA252OC Claire Plotkin Professional services - reviewing jury questionnaire..................$1,375.50
4/17/2024 PCA252OC Claire Plotkin Professional services - reviewing jury questionnaire....................$714.00
4/17/2024 PCA252OC Claire Plotkin Professional services - Zoom re jurors..........................................$525.00
4/17/2024 PCA252OC Claire Plotkin Professional services - selecting jury on 4/14/24......................$5,040.00
4/17/2024 PCA252OC Claire Plotkin Professional services - travel to/from court...................................$525.00
4/17/2024 PCA252OC Claire Plotkin Professional services - phone call re jury selection C...................$283.50
4/17/2024 PCA252OC Claire Plotkin Professional services - phone call re jury selection C .....................$52.50
4/17/2024 PCA252OC Claire Plotkin Professional services - parking at courthouse ...............................$20.00
4/30/2024 BLS2024-25-0050 Bolster Legal Services Pvt Ltd Transcribing Sullivan family interview....$104.66
5/2/2024 2649 Gold Trial Services Trial services - links to defense/plantiff exhibits..............................$645.00
5/2/2024 2649 Gold Trial Services Trial services - set up and test equipment in courtroom....................$537.50
5/2/2024 2649 Gold Trial Services Trial services - trial prep with attorneys.........................................$967.50
5/2/2024 2649 Gold Trial Services Trial services - clip creation and subtitle audio clips.....................$1,290.00
5/2/2024 2649 Gold Trial Services Trial services - senior in-trial consultant....................................$11,900.00
5/2/2024 2649 Gold Trial Services Trial services - travel time ........................................................$1,330.00

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page __11__ of __12__

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

| | MC-025 |
|---|---|
| SHORT TITLE:<br>Deanna Sullivan v. City of Buena Park, et. al. | CASE NUMBER:<br>30-2020-01156902-CU-CR-CJC |

**ATTACHMENT** *(Number):* 6a Continued

*(This Attachment may be used with any Judicial Council form.)*

5/2/2024 Gold Trial Services Trial services 2649 - parking expense......$164.00
6/1/2024 SPLIT John Keiser, Esq. Jury Instructions, Misc Res......$1,750.00
6/7/2024 ESTIMATE John Keiser, Esq. Unbilled 1.5hrs......$375.00
01/31/2024 5846 Horizon Investigation Inc Locate Jajnnah Zahrah......$360.00
01/31/2024 5847 Horizon Investigation Inc Locate Jahnnah Zahrah......$687.65
04/18/2022 Sullivan Saint Louis Services Deliver Trial Boxes to Santa Ana......$200.00
12/16/2022 7-978-79980 Federal Express to Imaging Forensics 12/13/22......$32.15
08/31/2023 173565 United Express Messenger, Inc. to Santa Ana Superior Court 8/2/23......$149.75
04/04/2024 9395831-02 Rapid Legal Messenger Plaintiffs propsed jury questionnaire......$128.75
04/05/2024 8-460-31496 Federal Express to Edgar Claros from Ferguson Praet and Sherman......$38.57
04/09/2024 9425040 Rapid Legal Messenger Courtesy copy delivery......$128.75
04/10/2024 SULLIVAN Saint Louis Services Deliver trial boxes from DTLA to Santa Ana......$200.00
05/16/2024 9653763-02 Rapid Legal Messenger courtesy copy delivery to Central Justice......$87.55
4/22/2022 Parking/mileage Trial......$153.27
4/10/2024 Parking/mileage - parking at trial......$12.00
4/11/2024 Parking/mileage - parking at trial......$20.00
4/15/2024 Parking/mileage - parking at trial......$20.00
4/17/2024 Parking/mileage - parking at trial......$20.00
4/19/2024 Parking/mileage - parking at trial......$20.00
04/22/2024 Parking/mileage - parking at trial......$20.00
04/24/2024 Parking/mileage - parking at trial......$20.00
04/25/2024 Parking/mileage - parking at trial......$20.00
04/29/2024 Parking/mileage - parking at trial......$20.00
04/30/2024 Parking/mileage - parking at trial......$2.00
04/30/2024 Parking/mileage - parking at trial......$0.50
04/30/2024 Parking/mileage - parking at trial......$2.00
05/01/2024 Parking/mileage - parking at trial......$20.00
06/26/2024 Gary A. Dordick (expense reimb) Parking/mileage - trial (11 days)......$220.00
4/10/2024 to 5/1/2024 KRE Mileage for Trial......$316.91
4/15/2024 Travel- Lunch during trial......$31.94
4/17/2024 Travel- hotel accommodations for GAD at Hotel Hilton......$562.10
4/18/2024 Travel- hotel accommodations for KRE during trial......$199.99
4/24/2024 Travel- hotel accommodations for KRE during trial......$201.11
4/25/2024 Travel- lunch during trial (KRE, GAD, & experts)......$99.66
4/29/2024 Travel- lunch during trial......$13.12

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 12 of 12

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

# PROOF OF SERVICE

*SULLIVAN v. CITY OF BUENA PARK, et al.*
Case No. 30-2020-01156902-CU-CR-CJC

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over 18 years of age and not a party to this action. My business address is 1122 Wilshire Blvd., Los Angeles, CA 90017.

On June 27, 2024, I served the foregoing documents described **MEMORANDUM OF COSTS** on all parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address susan.rojas@dordicklaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 27, 2024, at Los Angeles, California.

*Susan Rojas*
SUSAN ROJAS

**SERVICE LIST**
*SULLIVAN v. CITY OF BUENA PARK, et al.*
Case No. 30-2020-01156902-CU-CR-CJC

Bruce D. Praet, Esq.
FERGUSON, PRAET & SHERMAN
1631 E. 18th Street
Santa Ana, California 92705
  Tel: (714) 953-5300
  Fax: (714) 953-1143
  E-mail: bpraet@aol.com
        csherman@law4cops.com

*Attorneys for Defendants, CITY OF BUENA PARK, BOBBY COLON and JENNIFER TRAN*

Humberto M. Guizar, Esq.
Kent M. Henderson, Esq.
Angel Carrazco, Esq.
Christian Contreras, Esq.
GUIZAR, HENDERSON & CARRANZCO, L.L.P.
3500 W. Beverly Boulevard
Montebello, California 90640
  Tel: (323) 725-1151
  Fax: (323) 597-0101
  E-mail: hguizar@ghclegal.com
        ccontreras@ghclegal.com

*Co-counsel for Plaintiff, DEANNA SULLIVAN, individually and as Successor in Interest to DAVID PATRICK SULLIVAN*