LAW OFFICE OF DALE K. GALIPO
DALE K. GALIPO, SBN 144074
HANG D. LE, SBN 293450
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333

LAW OFFICE OF STEWART KATZ
STEWART KATZ, SBN 127425
Post Office Box 19610
Sacramento, California 95819
Telephone: (916) 444-5678

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LANDEROS, et al., | Case No. 2:17-cv-02598-WBS-CKD |
| Plaintiffs, | *Honorable William B. Shubb* |
| v. | |
| SAMUEL SCHAFER; et al., | **NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE ALL PENDING DATES** |
| Defendants. | |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the parties have reached a conditional settlement in this matter, which will resolve this entire action. This settlement is conditioned on the approval by the PRISM Risk Pool Board and the approval of the compromise of the minor plaintiffs' claims. Defendants anticipate that the matter will be presented to the PRISM Board in late September 2024. If this matter is approved, the parties will file a formal stipulation of dismissal with prejudice at that time.

Accordingly, the parties, by and through their counsel of record, request that the Corut vacate all pending dates, including the September 3, 2024, hearing on Plaintiffs' Motion for Sanctions and the September 23, 2024, Status Conference. The parties further request that the Court retain jurisdiction over this matter until the settlement and the minors' compromise is approved and the parties file a formal notice of dismissal.

Respectfully submitted,

DATED: August 28, 2024            **LAW OFFICES OF DALE K. GALIPO**
                                  **LAW OFFICE OF STEWART KATZ**


                                   By            */s/ Hang D. Le*
                                        Dale K. Galipo
                                        Stewart Katz
                                        Hang D. Le
                                        *Attorneys for Plaintiffs*


DATED: August 28, 2024            **FERGUSON, PRAET & SHERMAN**




                                   By */s/ Bruce D. Praet* (as auth. on 8/28/2024)
                                        Bruce D. Praet
                                        *Attorneys for Defendants*