LAW OFFICE OF DALE K. GALIPO
DALE K. GALIPO, SBN 144074
HANG D. LE, SBN 293450
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333

LAW OFFICE OF STEWART KATZ
STEWART KATZ, SBN 127425
Post Office Box 19610
Sacramento, California 95819
Telephone: (916) 444-5678

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LANDEROS, et al., | Case No. 2:17-cv-02598-WBS-CKD |
| Plaintiffs, | *Honorable William B. Shubb* |
| v. | |
| SAMUEL SCHAFER; et al., | **NOTICE OF WITHDRAWAL OF COUNSEL MELANIE PARTOW** |
| Defendants. | |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that counsel Melanie Partow is no longer with the Law Offices of Dale K. Galipo. The Plaintiffs request that Ms. Partow be removed from the docket of this case. Dale K. Galipo and Hang D. Le of the Law Offices of Dale K. Galipo and Stewart Katz of the Law Office of Stewart Katz will continue to serve as counsel of record for Plaintiffs.

Respectfully submitted,

DATED: August 28, 2024                **LAW OFFICES OF DALE K. GALIPO**
                                      **LAW OFFICE OF STEWART KATZ**


                                       By          */s/ Hang D. Le*
                                           Dale K. Galipo
                                           Stewart Katz
                                           Hang D. Le
                                           *Attorneys for Plaintiffs*