LAW OFFICE OF DALE K. GALIPO
DALE K. GALIPO, SBN 144074
dalekgalipo@yahoo.com
HANG D. LE, SBN 293450
hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333

LAW OFFICE OF STEWART KATZ
STEWART KATZ, SBN 127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LANDEROS, et al., | Case No. 2:17-cv-02598-WBS-CKD |
| Plaintiffs, | *Honorable William B. Shubb* |
| v. | **JOINT STATUS REPORT RE: SETTLEMENT** |
| SAMUEL SCHAFER; et al., | |
| Defendants. | |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Jennifer Landeros, individually and as successor in interest to Daniel Landeros, Deceased; Deja Landeros, individually and as successor in interest to Daniel Landeros, Deceased; B.M.L., individually and as successor in interest to Daniel Landeros, Deceased, by and through Jennifer Landeros, as Guardian ad Litem; J.J.L., individually and as successor in interest to Daniel Landeros, Deceased, by and through Jennifer Landeros, as Guardian ad Litem; D.F.L., individually and as successor in interest to Daniel Landeros, Deceased, by and through Jennifer Landeros, as Guardian ad Litem; and T.D.L., individually and as successor in interest to Daniel Landeros, Deceased, by and through Jennifer Landeros, as Guardian ad Litem, ("Plaintiffs"), by and through their counsel of record, and Defendants Samuel Schafer, Steven Holstad, Justin Parker, Patrick Scott, Jeremy Banks, and the City of Elk Grove ("Defendants") (collectively "the Parties"), by and through their counsel of record, hereby submit this Joint Status Report re Settlement pursuant to the Court's August 28, 2024, Minute Order.

The settlement was approved by the PRISM Risk Pool Board on September 20, 2024. Jennifer Landeros, guardian ad litem for minor plaintiffs D.F.L. and J.J.L. is in the process of choosing structured settlement plans for the minor plaintiffs. Plaintiffs expect that a final choice will be made within the next ten (10) days. After structured settlement plans are selected and finalized for minor plaintiffs D.F.L. and J.J.L., Plaintiffs will file a petition with the Court for the approval of the minors' compromise. Accordingly, the Parties request an additional sixty (60) days to finalize the settlement and to file disposition documents pursuant to Local Rule 160(b). Once Plaintiffs are in receipt of the settlement funds and the structured settlement plans are funded, the Parties will execute a stipulation for dismissal of the entire action, with prejudice.

//
//
//
//
//

Respectfully submitted,

DATED: October 22, 2024    **LAW OFFICES OF DALE K. GALIPO**
                           **LAW OFFICE OF STEWART KATZ**


                           By         */s/ Hang D. Le*
                              Dale K. Galipo
                              Stewart Katz
                              Hang D. Le
                              *Attorneys for Plaintiffs*


DATED: October 22, 2024    **FERGUSON, PRAET & SHERMAN**



                           By */s/ Bruce D. Praet (as auth. on 10/22/2024)*
                              Bruce D. Praet
                              *Attorneys for Defendants*