1  LAW OFFICE OF DALE K. GALIPO
   DALE K. GALIPO, SBN 144074
2  dalekgalipo@yahoo.com
   HANG D. LE, SBN 293450
3  hlee@galipolaw.com
   21800 Burbank Blvd., Suite 310
4  Woodland Hills, CA 91367
   Telephone: (818) 347-3333
5
6  LAW OFFICE OF STEWART KATZ
   STEWART KATZ, SBN 127425
7  555 University Avenue, Suite 270
   Sacramento, California 95825
   Telephone: (916) 444-5678
8
   Attorneys for Plaintiffs
9

10              **UNITED STATES DISTRICT COURT**

11              **EASTERN DISTRICT OF CALIFORNIA**

12

13  JENNIFER LANDEROS, et al.,            Case No. 2:17-cv-02598-WBS-CKD

14              Plaintiffs,               *Honorable William B. Shubb*

15       v.
                                          **[PROPOSED] ORDER RE: PLAINTIFFS'**
16                                        **UNOPPOSED MOTION FOR APPROVAL**
                                          **OF COMPROMISE OF CLAIMS OF**
17  SAMUEL SCHAFER; et al.,               **MINOR PLAINTIFFS J.J.L. AND D.F.L.**

18              Defendants.

19

20

21

22

23

24

25

26

27

28

# [PROPOSED] ORDER

This Court, having considered Plaintiffs' Unopposed Motion for Approval of Compromise of Claims of Minor Plaintiffs J.J.L. and D.F.L., and GOOD CAUSE appearing therefore, hereby GRANTS the Motion and makes the following orders:

1. The settlement of minor plaintiff J.J.L.'s action against the Defendants in the net amount of $283,333.34is hereby approved.

2. The settlement of minor plaintiff D.F.L.'s action against the Defendants in the net amount of $283,333.34 is hereby approved.

2. **Within 30 days of the date of this Order**, Defendant City of Elk Grove, through counsel, shall prepare and deliver the drafts for the gross settlement proceeds in the amount of $1,700,000 payable as follows:

    a. A draft for $1,384,628.68 shall be made payable to the "Law Offices of Dale K. Galipo, Client Trust Account," and sent to the Law Offices of Dale K. Galipo. These funds shall be used to satisfy (1) the attorneys' fees owed to the Law Offices of Dale K. Galipo and the Law Office of Stewart Katz in the amount of $113,333.34 by Plaintiff J.J.L.; (2) the pro rata costs owed to Plaintiff J.J.L.'s attorneys in the amount of $12,314.34; (3) the attorneys' fees owed to the Law Offices of Dale K. Galipo and the Law Office of Stewart Katz in the amount of $113,333.34 by Plaintiff D.F.L.; (4) the pro rata costs owed to Plaintiff D.F.L.'s attorneys in the amount of $12,314.34; (5) the total gross settlement amount to Plaintiff Tristan Landeros in the amount of $283,333.33; (6) the total gross settlement amount to Plaintiff Breanna Landeros in the amount of $283,333.33; (7) the total gross settlement amount to Plaintiff Deja Landeros in the amount of $283,333.33; and (8) the total gross settlement amount to Plaintiff Jennifer Landeros in the amount of $283,333.33.

    c. Defendant City of Elk Grove will purchase a structured annuity for the minor Plaintiff J.J.L. in the amount of $157,685.66 from MetLife Assignment Company, Inc. (hereinafter referred to as "Assignee 1"), which will provide periodic payments

to be made by Metropolitan Tower Life Insurance Company (hereinafter referred to as "Annuity Carrier") rated A+ Superior by A.M. Best Company as set forth in "Exhibit A" to the Declaration of Hang D. Le and in the table below. The total amount that J.J.L. will receive after the final payment is made directly to him from the annuity is $235,700.

b.   Defendant City of Elk Grove will purchase a structured annuity for the minor Plaintiff D.F.L. in the amount of $157,685.66 from MetLife Assignment Company, Inc. (hereinafter referred to as "Assignee 2"), which will provide periodic payments to be made by Metropolitan Tower Life Insurance Company (hereinafter referred to as "Annuity Carrier") rated A+ Superior by A.M. Best Company as set forth in "Exhibit B" to the Declaration of Hang D. Le and in the table below. The total amount that D.F.L. will receive after the final payment is made directly to him from the annuity is $213,600.

c.   Defendant City of Elk Grove will arrange to have the annuity premium checks, made payable to MetLife Assignment Company, Inc., delivered directly to the annuity broker, Baldwin Settlements.

5.   Annuity Carrier shall provide periodic payments in accordance with "Exhibit A" and "Exhibit B" to the Declaration of Hang D. Le and as set forth in the table below.

6.   All sums and periodic payments set forth in the two "Periodic Payments" tables below constitute damages on account of personal physical injuries or physical illness, arising from an occurrence, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

///
///
///
///
///
///

7.     Disbursement drafts will be made payable and will begin being issued directly to Plaintiff J.J.L. upon reaching the age of maturity according to the payment schedule below.

**Periodic Payments payable to J.J.L.**

| | |
|---|---|
| $30,000 | Lump Sum Payment on 9/03/2028 |
| $40,000 | Lump Sum Payment on 9/03/2031 |
| $50,000 | Lump Sum Payment on 9/03/2034 |
| $115,700 | Lump Sum Payment on 9/03/2037 |

8.     Disbursement drafts will be made payable and will begin being issued directly to Plaintiff D.F.L. upon reaching the age of maturity according to the payment schedule below.

**Periodic Payments payable to D.F.L.**

| | |
|---|---|
| $30,000 | Lump Sum Payment on 10/23/2026 |
| $40,000 | Lump Sum Payment on 10/23/2029 |
| $50,000 | Lump Sum Payment on 10/23/2032 |
| $93,600 | Lump Sum Payment on 10/23/2035 |

9.     Defendant City of Elk Grove will make a "qualified assignment" within the meaning of Section 130(c), of the Internal Revenue code of 1986, as amended, to Assignees 1 and 2, of the Defendant City of Elk Grove's liability to make the periodic payments as described in the above tables and in "Exhibit A" and "Exhibit B" to the Declaration of Hang D. Le filed concurrently herewith. Such assignment, if made, shall be accepted by the Plaintiffs without right of rejection and shall completely release and discharge City of Elk Grove from such obligations hereunder as are assigned to Assignee 1 and Assignee 2. This includes that City of Elk Grove shall execute a Qualified Assignment document.

10.     Defendant City of Elk Grove and/or Assignees 1 and 2 shall have the right to fund its liability to make periodic payments by purchasing a "qualified funding asset," within the meaning of Section 130(d) of the Code, in the form of an annuity policy from the Annuity Carrier.

11.     Assignees 1 and 2 shall be the owners of the annuity policy or policies and shall have all rights of ownership.

12.     Assignees 1 and 2 will have the Annuity Carrier mail payments directly to the Plaintiffs J.J.L. and D.F.L., respectively, as set forth above.  Jennifer Landeros (until Plaintiffs J.J.L. and D.F.L. reach the age of the majority) and then Plaintiffs J.J.L. and D.F.L. shall be responsible for maintaining the currency of the proper mailing address and mortality information to each Assignee respectively.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
William B. Shubb
United States District Judge
Eastern District of California