LAW OFFICE OF DALE K. GALIPO
DALE K. GALIPO, SBN 144074
dalekgalipo@yahoo.com
HANG D. LE, SBN 293450
hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333

LAW OFFICE OF STEWART KATZ
STEWART KATZ, SBN 127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER LANDEROS, et al., | Case No. 2:17-cv-02598-WBS-CKD |
| Plaintiffs, | *Honorable William B. Shubb* |
| v. | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| SAMUEL SCHAFER; et al., | |
| Defendants. | |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Jennifer Landeros, individually and as successor in interest to Daniel Landeros, Deceased; Deja Landeros, individually and as successor in interest to Daniel Landeros, Deceased; B.M.L., individually and as successor in interest to Daniel Landeros, Deceased, by and through Jennifer Landeros, as Guardian ad Litem; J.J.L., individually and as successor in interest to Daniel Landeros, Deceased, by and through Jennifer Landeros, as Guardian ad Litem; D.F.L., individually and as successor in interest to Daniel Landeros, Deceased, by and through Jennifer Landeros, as Guardian ad Litem; and T.D.L., individually and as successor in interest to Daniel Landeros, Deceased, by and through Jennifer Landeros, as Guardian ad Litem, ("Plaintiffs"), by and through their counsel of record, and Defendants Samuel Schafer, Steven Holstad, Justin Parker, Patrick Scott, Jeremy Banks, and the City of Elk Grove ("Defendants") (collectively "the Parties"), by and through their counsel of record, hereby stipulate that the above-entitled action and all claims and parties therein, against all Defendants be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

//
//
//
//
//
//
//
//
//
//
//
//
//

Respectfully submitted,

DATED: February 19, 2025  **LAW OFFICES OF DALE K. GALIPO**
**LAW OFFICE OF STEWART KATZ**

By           */s/ Hang D. Le*
    Dale K. Galipo
    Stewart Katz
    Hang D. Le
    *Attorneys for Plaintiffs*

DATED: February 19, 2025  **FERGUSON, PRAET & SHERMAN**

By  */s/ Bruce D. Praet (as auth. on 2/19/2025)*
    Bruce D. Praet
    *Attorneys for Defendants*