# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LANDEROS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SAMUEL SCHAFER; et al.,<br><br>　　　　　Defendants. | Case No. 2:17-cv-02598-WBS-CKD<br><br>*Honorable William B. Shubb*<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

## ORDER

Pursuant to the Stipulation of the parties, the above-captioned action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney's fees.

Dated: February 19, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE